UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHANNON SUMMERS | * | CIVIL ACTION |
| | * | |
| | * | NO. |
| VERSUS | * | |
| | * | SECTION " " |
| | * | |
| KYLE LEE, GLENN MACHINE | * | MAGISTRATE |
| WORKS, INC., and UNION | * | DIVISION ( ) |
| INSURANCE COMPANY | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that defendants, Kyle Lee, Glenn Machine Works, Inc., and Union Insurance Company, hereby timely remove this matter from the Civil District Court for the Parish of Orleans, State of Louisiana, in which it is now pending, to the United States District Court for the Eastern District of Louisiana, pursuant to 28 U.S.C. §§ 1332, 1441, 1446, *et seq.* Original jurisdiction lies with this Court because the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and there is complete diversity among the plaintiff and all defendants.

I.

On March 31, 2022, the plaintiff filed the attached Petition for Damages, commencing a civil action in the Civil District Court for the Parish of Orleans, State of Louisiana, entitled,

*Shannon Summers versus Kyle Lee, Glenn Machine Works, Inc., and Union Insurance Company*, bearing Civil Action Number 2022-02815 on the docket of Division F, Section 14. A copy of said Petition for Damages is attached and made part of this Notice of Removal as Exhibit "A."

II.

The Petition for Damages alleges that the defendant, Glenn Machine Works, Inc., is a corporation authorized to do and doing business in Mississippi. In fact, Glenn Machine Works, Inc. is a corporation formed under the laws of the State of Mississippi with its principal place of business in the State of Mississippi. As such, Glenn Machine Works, Inc. is a resident and citizen of the State of Mississippi for the purposes of diversity jurisdiction.

III.

The Petition for Damages further alleges that defendant, Kyle Lee, is a resident of the full age of majority domiciled in State of Mississippi. In fact, Kyle Lee is a resident and citizen of the State of Mississippi for the purposes of diversity jurisdiction.

IV.

The Petition for Damages further alleges that defendant, Union Insurance Company, is a foreign insurance company authorized to do and doing business in the State of Louisiana. In fact, Union Insurance Company is a corporation formed under the laws of the state of Iowa and has its principle place of business in a state other than Louisiana and is a resident of the state of Iowa for the purposes of diversity jurisdiction

V.

The plaintiff alleges in his Petition for Damages that he is a person of the full age of majority and resident of the State of Louisiana who has sustained mental and physical injuries including property damage, pain and suffering, medical expenses, and lost wages. As a result of

his alleged injuries, the plaintiff is seeking damages for past and future medical expenses; past and future physical pain and suffering; past and future mental anguish and distress; loss of enjoyment of life; legal interest and all costs of this proceeding. As of the filing of this pleading, counsel for the plaintiff has been unwilling to stipulate that the plaintiff's damages do not exceed $75,000.00, exclusive of interest and costs. Counsel for plaintiff recently made defendants aware of a shoulder surgery recommendation and prior Epidural Injections into plaintiff's spine. There have been no medical records and bills produced to date and it appears that plaintiff is continuing to seek medical treatment as of this time. Such medical treatment has been ongoing for more than one year and includes injections and shoulder surgery recommendations. Accordingly, Petitioner shows to a degree of legal certainty that the amount in controversy for the claims of the plaintiff exceeds the jurisdictional minimum of $75,000.00 of this Court for the purposes of diversity jurisdiction pursuant to 28 U.S.C. §1332.

VI.

This suit is civil in nature and is one over which this Court has original jurisdiction and is one over which the district courts of the United States are given original jurisdiction on the grounds on diversity of citizenship pursuant to 28 U.S.C.§ 1332.

VII.

A copy of the Notice of Removal is also being filed with the clerk of the district court in which this cause was originally filed.

VIII.

Pursuant to 28 U.S.C. §1447(b), copies of all process, pleadings and orders served upon defendants, are attached hereto.

3

IX.

This Notice of Removal is filed on behalf of defendants, Kyle Lee, Glenn Machine Works, Inc. and Union Insurance Company, who are the only defendants of record at this time.

X.

More than thirty days have elapsed since Plaintiff completed the service of the initial pleadings on all defendants and the removal of this action to this Court. However, counsel for plaintiff had not previously made defendants aware of the extent of medical treatment and injury. Defendants became aware less than thirty days ago that the amount in controversy has been met. The petition for damages was filed less than one year ago.

XI.

Defendants demand trial by jury.

**WHEREFORE**, petitioners pray that this Notice of Removal be accepted as good and sufficient and that the aforesaid action pending against it in the Civil District Court for the Parish of Orleans, State of Louisiana, be removed therefrom to this Court.

Respectfully submitted,

_/s/Rene S. Paysse_
RENÉ S. PAYSSE, JR. (#21399)
DONALD R. KLOTZ, JR. (#20253)
JOHNSON, YACOUBIAN & PAYSSE
701 Poydras Street, Suite 4700
New Orleans, Louisiana 70139-7708
Telephone: (504) 528-3001
Facsimile: (504) 528-3030
Email: ajy@jyplawfirm.com
       dklotz@jyplawfirm.com
Attorneys for defendants, Kyle Lee, Glenn Machine Works, Inc. and Union Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, if any, by e-mail, fax and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

/s/ Rene S. Paysse