**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO.: 2022 - 02815

**DIVISION:**

**SHANNON SUMMERS**

**VERSUS**

**KYLE LEE, GLENN MACHINE WORKS, INC., and UNION INSURANCE COMPANY**

**SECTION 14**

FILED: _____                      _____
**DEPUTY CLERK**

---

**PETITION FOR DAMAGES**

AVENUE - ROOM 402
NEW ORLEANS, LA 70112
504 - 407 - 0000

The petition of **SHANNON SUMMERS**, a person of the full age of majority and

resident and domiciliary of the Parish of St. Charles, State of Louisiana, respectfully represents:

**I.**

Made defendants herein are:

a)     **KYLE LEE**, a person of the full age of majority, and upon information and belief

domiciled in the, State of Mississippi;

b)     **GLENN MACHINE WORKS, INC.**, a foreign corporation, domiciled in the

State of Mississippi, authorized to do and doing business in the Parish of Orleans,

State of Louisiana.

c)     **UNION INSURANCE COMPANY**, a foreign insurance company authorized to

do and doing business in the Parish of Orleans, State of Louisiana.

| | Receipt Date | 3/31/2022 12:03:00 PM |
|---|---|---|
| | Receipt Number | 889827 |
| | Cashier | joe |
| | Register | CDC Cash Register 1 |
| | Case Number | 2022 - 02815 |
| | Grand Total | $ 516.50 |
| | Amount Received | $ 516.50 |
| | Balance Due | $ 0.00 |
| | Over Payment | $ 0.00 |

Payment / Transaction List

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Petition for Damages | $444.50 | $444.50 | $0.00 |
| Building Fund Fee | $25.00 | $25.00 | $0.00 |
| LA Court Collection Fund | $10.00 | $10.00 | $0.00 |
| JSC | $26.50 | $26.50 | $0.00 |
| Supreme Court - Proc essing Fee | $10.00 | $10.00 | $0.00 |

**II.**

The above named defendants are liable unto your petitioner, jointly, severally, and *in*

*solido* for all damages to be shown at the time of trial, including legal interest from the date of

judicial demand until paid, and for all costs relating to these proceedings.

**III.**

On March 31, 2021, petitioner, **Shannon Summers** was operating a 2005 Chevrolet

Impala vehicle with the full knowledge and permission of the vehicle's owner Crystal Elkin



traveling west on Old Gentilly Road near its intersection with Chef Menteur in New Orleans, Louisiana. Suddenly and without warning petitioner was struck by 2018 Ford F150 truck operated by defendant, **Kyle Lee** and owned by **Glenn Machine Works, Inc.**, traveling east on Old Gentilly Road near its intersection with Chef Menteur in New Orleans, Louisiana when he made a left turn directly in the path of your petitioner. Said accident caused your petitioner to suffer the damages and injuries complained of herein.

## IV.

Petitioner avers that the said accident and injuries were caused solely and entirely by the negligence and/or fault of **KYLE LEE** in the following acts of commission and omission:

a) Not having his vehicle under proper control;

b) Not maintaining a proper lookout;

c) Driving in a careless and reckless manner in disregard for the safety of others;

d) Failure to yield the right of way; and,

e) Any and all other acts of negligence and/or fault to be shown at the time of trial.

All of which acts of commission and omission were negligent and in violation of common sense, common care, and common prudence, and all in violation of the laws of the State of Louisiana and the ordinances of the Parish of Orleans, which are pled herein as if copied *in extenso.*

## V.

Petitioner avers that at all times pertinent hereto, defendant, KYLE LEE, was in the course and scope of his employment with defendant, GLENN MACHINE WORKS, INC., and as such, said defendant is liable under the laws of *respondeat superior* and/or *vicarious liability* for the damages and injuries claimed herein.

## VI.

Petitioner, SHANNON SUMMERS aver that the sudden, unexpected blow of the collision caused him to receive painful injuries to his mind and body.

## VII.

Petitioner aver that he has the right to recover from the defendants herein all mental and physical pain and suffering, medical expenses, lost wages, property damage and any and all other

items of damage which may be associated herewith.

### VIII.

Petitioner avers that, at the time of the accident herein, there was in full force and effect a policy of general liability insurance issued by defendant, UNION INSURANCE COMPANY, to defendant, GLENN MACHINE WORKS, INC., covering KYLE LEE and by virtue of said contract of insurance, said insurer is liable unto petitioner for all acts of commission and omission, and acts of negligence which are alleged herein.

### IX.

Petitioner avers that the individually named defendant is not in the military of the United States nor any of its allies.

### X.

Petitioner avers amicable demand to no avail.

**WHEREFORE**, petitioner, **SHANNON SUMMERS**, prays that this petition be duly filed and served upon defendants, and that after due proceedings are had there be judgment herein in his favor, and against defendants, **KYLE LEE, GLENN MACHINE WORKS, INC.,** and **UNION INSURANCE COMPANY**, jointly, severally and *in solido*, for damages that may be appropriate under the circumstances, all costs of these proceedings, legal interest from the date of judicial demand until paid in full, and for all other general and equitable relief.

Respectfully submitted;
GAUDIN and GAUDIN

HILARY G. GAUDIN        [24427]
1088 4th Street
Gretna, Louisiana 70053
Telephone: (504) 368-6500
Facsimile: (504) 368-6511
HGGaudin@gaudinandgaudinlaw.com
COUNSEL FOR PETITIONER

**PLEASE SERVE:**

**KYLE LEE**
*Via Louisiana Long Arm Service*
26526 Leetown Road
Picayune, MS 39466

*Service continues on next page*

**GLENN MACHINE WORKS, INC.**
*Via Louisiana Long Arm Service*
Through its registered agent for service of process
James A. Glenn
734 Highway 45 South
Columbus, MS 39703


**UNION INSURANCE COMPANY**
Through its registered agent for service of process
R. Kyle Ardoin
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO.:                                                                    DIVISION:

**SHANNON SUMMERS**

**VERSUS**

**KYLE LEE, GLENN MACHINE WORKS, INC.
and UNION INSURANCE COMPANY**

FILED: _____          _____

                                                   **DEPUTY CLERK**

<u>**REQUEST FOR WRITTEN NOTICE**</u>

      **NOW INTO COURT,** through undersigned counsel, come petitioner, **SHANNON**

**SUMMERS,** who pursuant to La. C.C.P. Article 1572, respectfully requests this Honorable

Court for written notice ten (10) days in advance of the date fixed for the Trial or Hearing of any

Exception, Motion, Rule or Trial on the Merits, in the captioned proceeding; and pursuant to La.

C.C.P. Articles 1913 and 1914, and requests immediate notice of all Interlocutory and Final

Orders and Judgments or Exceptions, Motion, Rules, or the Trial on the Merits in the captioned

proceeding.


                      Respectfully submitted;
                      GAUDIN and GAUDIN

                      _[signature]_

                      _____
                      **HILARY G. GAUDIN      [24427]**
                      1088 4th Street
                      Gretna, Louisiana 70053
                      Telephone: (504) 368-6500
                      Facsimile: (504) 368-6511
                      HGGaudin@gaudinandgaudinlaw.com
                      **COUNSEL FOR PETITIONER**

2022 MAR 31  AM 11: 54  CIVIL DISTRICT COURT  FILED

VERIFIED

 Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
04/29/2022
CT Log Number 541491210

## Service of Process Transmittal Summary

| | |
|---|---|
| **TO:** | C. Ty Simmons<br>Union Standard Insurance Group, LLC<br>222 Las Colinas Blvd W Ste 1300<br>Irving, TX 75039-2027 |
| **RE:** | **Process Served in Louisiana** |
| **FOR:** | Union Insurance Company  (Domestic State: IA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | SHANNON SUMMERS vs. KYLE LEE |
| **CASE #:** | 202202815 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **PROCESS SERVED ON:** | C T Corporation System, Baton Rouge, LA |
| **DATE/METHOD OF SERVICE:** | By Certified Mail on 04/29/2022 |
| **JURISDICTION SERVED:** | Louisiana |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780126220832<br><br>Image SOP<br><br>Email Notification,  C. Ty Simmons  tsimmons@usic.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



US POSTAGE ~PITNEY BOWES

ZIP 70802 $ 004.48⁰
02 4W
0000382748 APR 28 2022

FIRST CLASS

7021 1970 0000 4775 5870

R. KYLE ARDOIN
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125

SS304 (R.06/18)

# State of Louisiana
## Secretary of State

04/28/2022

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

UNION INSURANCE COMPANY
C/O C T CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE, LA  70816

Suit No.: 202202815
CIVIL DISTRICT COURT
ORLEANS PARISH

SHANNON SUMMERS
vs
KYLE LEE, ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on:  R. KYLE ARDOIN
Served by:  MIKE TURNER

Date: 04/27/2022
Title:  DEPUTY SHERIFF

No: 1233163

TG

**ATTORNEY'S NAME:** Gaudin, Hilary G 24427
**AND ADDRESS:** 1088 4th St PO Box 156, Gretna, LA 70056-0156

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2022-02815 | DIVISION: F | SECTION: 14 |
|---|---|---|

### SUMMERS, SHANNON

Versus

### LEE, KYLE ET AL

*SERVED ON R. KYLE ARDOIN*

*APR 2 7 2022*

*SECRETARY OF STATE COMMERCIAL DIVISION*

### CITATION

**TO:**      UNION INSURANCE COMPANY

**THROUGH:**   ITS REGISTERED AGENT FOR SERVICE OF PROCESS: R. KYLE ARDOIN LOUISIANA
SECRETARY OF STATE

8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

### YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA April 4, 2022

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by *Valerie West*
Valerie West, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages | Petition for Damages |
| ON UNION INSURANCE COMPANY | ON UNION INSURANCE COMPANY |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: R. KYLE ARDOIN LOUISIANA SECRETARY OF STATE | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: R. KYLE ARDOIN LOUISIANA SECRETARY OF STATE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said UNION INSURANCE COMPANY being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED /_____ | _____ No. _____ |
| PAPER            RETURN | Deputy Sheriff of _____ |
| _____ /_____ /_____ | |
| SERIAL NO.    DEPUTY    PARISH | |

Civil Code of Procedures

Article 1001

Art. 1001. Delay for answering

A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

NO.: 2022 - 02815

DIVISION:

### SHANNON SUMMERS

### VERSUS

### KYLE LEE, GLENN MACHINE WORKS, INC., and UNION INSURANCE COMPANY

FILED: _____          _____
                                                 **DEPUTY CLERK**

---

### PETITION FOR DAMAGES

The petition of **SHANNON SUMMERS**, a person of the full age of majority, and resident and domiciliary of the Parish of St. Charles, State of Louisiana, respectfully represents:

**I.**

Made defendants herein are:

a)   **KYLE LEE**, a person of the full age of majority, and upon information and belief domiciled in the, State of Mississippi;

b)   **GLENN MACHINE WORKS, INC.**, a foreign corporation, domiciled in the State of Mississippi, authorized to do and doing business in the Parish of Orleans, State of Louisiana.

c)   **UNION INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the Parish of Orleans, State of Louisiana.

**II.**

The above named defendants are liable unto your petitioner, jointly, severally, and *in solido* for all damages to be shown at the time of trial, including legal interest from the date of judicial demand until paid, and for all costs relating to these proceedings.

**III.**

On March 31, 2021, petitioner, **Shannon Summers** was operating a 2005 Chevrolet Impala vehicle with the full knowledge and permission of the vehicle's owner Crystal Elkin

traveling west on Old Gentilly Road near its intersection with Chef Menteur in New Orleans, Louisiana. Suddenly and without warning petitioner was struck by 2018 Ford F150 truck operated by defendant, Kyle Lee and owned by **Glenn Machine Works, Inc.,** traveling east on Old Gentilly Road near its intersection with Chef Menteur in New Orleans, Louisiana when he made a left turn directly in the path of your petitioner. Said accident caused your petitioner to suffer the damages and injuries complained of herein.

## IV.

Petitioner avers that the said accident and injuries were caused solely and entirely by the negligence and/or fault of **KYLE LEE** in the following acts of commission and omission:

a)  Not having his vehicle under proper control;

b)  Not maintaining a proper lookout;

c)  Driving in a careless and reckless manner in disregard for the safety of others;

d)  Failure to yield the right of way; and,

e)  Any and all other acts of negligence and/or fault to be shown at the time of trial.

All of which acts of commission and omission were negligent and in violation of common sense, common care, and common prudence, and all in violation of the laws of the State of Louisiana and the ordinances of the Parish of Orleans, which are pled herein as if copied *in extenso*.

## V.

Petitioner avers that at all times pertinent hereto, defendant, KYLE LEE, was in the course and scope of his employment with defendant, GLENN MACHINE WORKS, INC., and as such, said defendant is liable under the laws of *respondeat superior* and/or *vicarious liability* for the damages and injuries claimed herein.

## VI.

Petitioner, SHANNON SUMMERS aver that the sudden, unexpected blow of the collision caused him to receive painful injuries to his mind and body.

## VII.

Petitioner aver that he has the right to recover from the defendants herein all mental and physical pain and suffering, medical expenses, lost wages, property damage and any and all other

items of damage which may be associated herewith.

## VIII.

Petitioner avers that, at the time of the accident herein, there was in full force and effect a policy of general liability insurance issued by defendant, UNION INSURANCE COMPANY, to defendant, GLENN MACHINE WORKS, INC., covering KYLE LEE and by virtue of said contract of insurance, said insurer is liable unto petitioner for all acts of commission and omission, and acts of negligence which are alleged herein.

## IX.

Petitioner avers that the individually named defendant is not in the military of the United States nor any of its allies.

## X.

Petitioner avers amicable demand to no avail.

**WHEREFORE,** petitioner, **SHANNON SUMMERS,** prays that this petition be duly filed and served upon defendants, and that after due proceedings are had there be judgment herein in his favor, and against defendants, **KYLE LEE, GLENN MACHINE WORKS, INC., and UNION INSURANCE COMPANY,** jointly, severally and *in solido,* for damages that may be appropriate under the circumstances, all costs of these proceedings, legal interest from the date of judicial demand until paid in full, and for all other general and equitable relief.

Respectfully submitted;
GAUDIN and GAUDIN

_____
**HILARY G. GAUDIN       [24427]**
1088 4th Street
Gretna, Louisiana 70053
Telephone: (504) 368-6500
Facsimile: (504) 368-6511
HGGaudin@gaudinandgaudinlaw.com
**COUNSEL FOR PETITIONER**

**PLEASE SERVE:**

**KYLE LEE**
*Via Louisiana Long Arm Service*
26526 Leetown Road
Picayune, MS 39466

*Service continues on next page*

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

**GLENN MACHINE WORKS, INC.**
*Via Louisiana Long Arm Service*
Through its registered agent for service of process
James A. Glenn
734 Highway 45 South
Columbus, MS 39703


**UNION INSURANCE COMPANY**
Through its registered agent for service of process
R. Kyle Ardoin
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: _____                                          DIVISION: _____

SHANNON SUMMERS

**VERSUS**

KYLE LEE, GLENN MACHINE WORKS, INC.
and UNION INSURANCE COMPANY

FILED: _____        _____
                                                      **DEPUTY CLERK**

<u>REQUEST FOR WRITTEN NOTICE</u>

NOW INTO COURT, through undersigned counsel, come petitioner, **SHANNON**

**SUMMERS,** who pursuant to La. C.C.P. Article 1572, respectfully requests this Honorable

Court for written notice ten (10) days in advance of the date fixed for the Trial or Hearing of any

Exception, Motion, Rule or Trial on the Merits, in the captioned proceeding; and pursuant to La.

C.C.P. Articles 1913 and 1914, and requests immediate notice of all Interlocutory and Final

Orders and Judgments or Exceptions, Motion, Rules, or the Trial on the Merits in the captioned

proceeding.


                              Respectfully submitted;
                              GAUDIN and GAUDIN


                              _____
                              **HILARY G. GAUDIN**      [24427]
                              1088 4th Street
                              Gretna, Louisiana 70053
                              Telephone: (504) 368-6500
                              Facsimile: (504) 368-6511
                              HGGaudin@gaudinandgaudinlaw.com
                              **COUNSEL FOR PETITIONER**

FILED

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

2022 MAY -2 PM 12: 05

NO. 2022-02815   DIVISION "F"

DOCKET NO.
DISTRICT COURT

**SHANNON SUMMERS**

**VERSUS**

**KYLE LEE, ET AL**

FILED: _____

_____
**DEPUTY CLERK**

---

**AFFIDAVIT OF SERVICE**

---

**STATE OF LOUISIANA**

**PARISH OF JEFFERSON**

    **BEFORE ME,** the undersigned authority, personally came and appeared DONNA D. LATINO, Paralegal, who after being duly sworn said that on the 8TH day of April, 2022, she served a certified copy of the Citation and Petition for Damages in this action under the Louisiana Long Arm Statute, LSA-R.S. 13:3201, pursuant to Section 3204 of Title 13, by mailing them to the defendant, Kyle Lee by certified mail, return receipt requested, properly addressed and postage prepaid; that on the 22nd day of April, 2022, the Citation and Petition for Damages were delivered and received; that she has received the postal receipt which is attached hereto, indicating that same had been delivered.

_____
**DONNA D. LATINO**

SWORN TO AND SUBSCRIBED

BEFORE ME THIS 28 DAY

OF april, 2022.

BY: _____
**NOTARY PUBLIC**
Elizabeth M. Gaudin
LSBA 1906

5-16-22
VERIFIED
Barbara

# *Gaudin & Gaudin*

## *Attorneys at Law*

*Attorneys and Counselors at Law*
Pierre F. Gaudin
Pierre F. Gaudin, Jr.
Hilary G. Gaudin
Elizabeth M. Gaudin

**MAILED**

April 8, 2022

*Law Offices*
1088 Fourth Street
Gretna, LA 70053
Telephone (504) 368-6500
Fax (504) 368-6511

**VIA CERTIFIED MAIL – 7017 1070 0001 0795 6212**
**RETURN RECEIPT REQUESTED**
**VIA LOUISIANA LONG ARM STATUTE**

Kyle Lee
Through Louisiana Long Arm Statute
26526 Leetown Road
Picayune, MS 39466

Reference:   **Shannon Summers vs. Kyle Lee, et al**
SPC No.:     2021-05883, Division "A"  F
             2022-02815

Dear Sirs/Madam:

Enclosed please find a certified copy of the citation and Petition for Damages in the above-captioned matter.

This service of process, by certified mail, is in accordance with L.S.A. - R.S. 13:3201, et seq., and has the same legal force and validity as personal service.

Under L.S.A. - R.S. 13:3205, you have **thirty (30) days** from receipt of this letter to answer this lawsuit, or a default judgment will be rendered against you.

If you do not already have an attorney to represent you, I suggest you engage one immediately. Please note that your automobile insurance carrier may provide you one at their cost.

Please be governed accordingly.  With kind regards, I remain,

Sincerely,

Hilary G. Gaudin

HGG/ddl
Enclosures

FILED

2022 MAY -2 PM 12: 08

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kyle Lee
Through Louisiana Long Arm Statute
26526 Leetown Road
Picayune, MS 39466

9590 9402 3455 7275 3368 53

2. Article Number (Transfer from service label)
7012 1010 0000 0795 6212

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Deann L Lee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express
☐ Registered Mail
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.



OFFICIAL USE

Certified Mail Fee   $3.75   0158

$3.05

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $_____
☐ Return Receipt (electronic)   $0.00
☐ Certified Mail Restricted Delivery   $_____
☐ Adult Signature Required   $_____
☐ Adult Signature Restricted Delivery   $_____

Postage

Total Postage and Fees

Sent To   Kyle Lee
Street and Apt. No., or PO Box No.   26526 Leetown Rd
City, State, ZIP+4®   Picayune Ms 39466

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7012 1010 0000 0795 6212

APR 11 2022

VERIFIED

ATTORNEY'S NAME:   Gaudin, Hilary G 24427
AND ADDRESS:       1088 4th St PO Box 156, Gretna, LA 70056-0156

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2022-02815          DIVISION: F          SECTION: 14

SUMMERS, SHANNON

**Versus**

**LEE, KYLE  ET AL**

**CITATION - LONG ARM**

TO:          KYLE LEE

THROUGH:     THE LOUISIANA LONG ARM STATUTE

             26526 LEETOWN ROAD , PICAYUNE, MS 39466

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA April 4, 2022

Clerk's Office, Room 402, Civil Courts          CHELSEY RICHARD NAPOLEON, Clerk of
421 Loyola Avenue                               The Civil District Court
New Orleans, LA                                 for the Parish of Orleans,
                                                State of LA
                                                by
                                                Valerie West, Deputy Clerk

---

## SHERIFF'S RETURN
### (for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages | Petition for Damages |
| ON KYLE LEE | ON KYLE LEE |
| THROUGH: THE LOUISIANA LONG ARM STATUTE | THROUGH: THE LOUISIANA LONG ARM STATUTE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of: |
| _____ : No. _____ | _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said KYLE LEE being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| / ENTERED / | Returned the same day |
| PAPER | RETURN | _____ No. _____ |
| SERIAL NO. | DEPUTY | PARISH | Deputy Sheriff of _____ |

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**          2022 MAY -2  PM 12: 06

NO. 2022-02815          **DIVISION " F**          **DOCKET NO.**

CIVIL

**SHANNON SUMMERS**          DISTRICT COURT

**VERSUS**

**KYLE LEE, ET AL**

**FILED:** _____          _____

                                    **DEPUTY CLERK**

_____

**AFFIDAVIT OF SERVICE**
_____

**STATE OF LOUISIANA**

**PARISH OF JEFFERSON**

 **BEFORE ME,** the undersigned authority, personally came and appeared DONNA D. LATINO, Paralegal, who after being duly sworn said that on the 8TH day of April, 2022, she served a certified copy of the Citation and Petition for Damages in this action under the Louisiana Long Arm Statute, LSA-R.S. 13:3201, pursuant to Section 3204 of Title 13, by mailing them to the defendant, Glenn Machine Works, Inc., by certified mail, return receipt requested, properly addressed and postage prepaid; that on the 23rd day of April, 2022, the Citation and Petition for Damages were delivered and received; that she has received the postal receipt which is attached hereto, indicating that same had been delivered.

            **DONNA D. LATINO**

SWORN TO AND SUBSCRIBED

BEFORE ME THIS 28 DAY

OF ___April___, 2022.

BY: _____
  **NOTARY PUBLIC**
  Elizabeth Gaudin
  LSBA 1906

VERIFIED
5/6/22

# *Gaudin & Gaudin*

## *Attorneys at Law*

*Attorneys and Counselors at Law*
Pierre F. Gaudin
Pierre F. Gaudin, Jr.
Hilary G. Gaudin
Elizabeth M. Gaudin

 **MAILED**
April 8, 2022

*Law Offices*
1088 Fourth Street
Gretna, LA 70053
Telephone (504) 368-6500
Fax (504) 368-6511

*VIA CERTIFIED MAIL – 7017 1070 0001 0795 6229*
*RETURN RECEIPT REQUESTED*
*VIA LOUISIANA LONG ARM STATUTE*

Glenn Machine Works, Inc.
Through Louisiana Long Arm Statute its Registered
Agent for Service of Process
James A. Glenn
734 Highway 45 South
Columbus, MS 39703

Reference:   Shannon Summers vs. Kyle Lee, et al
SPC No.:     2021-05883, Division "A"
             2022-02815   F

Dear Sirs/Madam:

Enclosed please find a certified copy of the citation and Petition for Damages in the above-captioned matter.

This service of process, by certified mail, is in accordance with L.S.A. - R.S. 13:3201, et seq., and has the same legal force and validity as personal service.

Under L.S.A. - R.S. 13:3205, you have **thirty (30) days** from receipt of this letter to answer this lawsuit, or a default judgment will be rendered against you.

If you do not already have an attorney to represent you, I suggest you engage one immediately. Please note that your automobile insurance carrier may provide you one at their cost.

Please be governed accordingly.  With kind regards, I remain,

Sincerely,

Hilary G. Gaudin

HGG/ddl
Enclosures

FILED
2022 MAY -2 PM 1:6
CIVIL
DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Glenn Machine Works, Inc.
Through Louisiana Long Arm Statute its Registered
Agent for Service of Process
James A. Glenn
734 Highway 45 South
Columbus, MS 39703

9590 9402 3455 7275 3368 46

2. Article Number (Transfer from service label)

7017 1070 0001 0795 6229

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
David Wynne                          4/23/22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7017 1070 0001 0795 6229

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Columbus, MS 39703

Certified Mail Fee  $3.75
$_____

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $_____
☐ Return Receipt (electronic)      $_____
☒ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required         $_____
☐ Adult Signature Restricted Delivery $_____

Postage    $0.78

Total Postage and Fees  $7.58

Sent To  Glenn Machine Works Inc
Street and Apt. No., or PO Box No.  James Glenn  734 Hwy 45 South
City, State, ZIP+4®  Columbus, MS 39703

APR 11 2022
04/11/2022

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

VERIFIED

9

ATTORNEY'S NAME:   Gaudin, Hilary G 24427
AND ADDRESS:      1088 4th St PO Box 156, Gretna, LA 70056-0156

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2022-02815 | DIVISION: F | SECTION: 14 |
|---|---|---|

### SUMMERS, SHANNON

### Versus

### LEE, KYLE ET AL

### CITATION - LONG ARM

TO:       GLENN MACHINE WORKS, INC.

THROUGH:   THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: JAMES A. GLENN
           734 HIGHWAY 45 SOUTH, COLUMBUS, MS 39703

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

   \*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA April 4, 2022

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Valerie West, Deputy Clerk

### SHERIFF'S RETURN
#### (for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages | Petition for Damages |
| ON GLENN MACHINE WORKS, INC. | ON GLENN MACHINE WORKS, INC. |
| THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: JAMES A. GLENN | THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS: JAMES A. GLENN |
| Returned the same day No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of a person of suitable age and discretion residing therein, as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating . HIM/HER the said GLENN MACHINE WORKS, INC. being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____ / ENTERED / _____ | Returned the same day No. _____ |
| PAPER _____ RETURN _____ | Deputy Sheriff of _____ |
| _____ / _____ / _____ | |
| SERIAL NO.   DEPUTY   PARISH | |



*Gaudin & Gaudin*

*Attorneys at Law*

RECEIVED
MAY 0 2 2022
CLERK OF COURT
CIVIL DIVISION

*Attorneys and Counselors at Law*
Pierre F. Gaudin
Pierre F. Gaudin, Jr.
Hilary G. Gaudin
Elizabeth M. Gaudin

*Law Offices*
1088 Fourth Street
Gretna, LA 70053
Telephone (504) 368-6500
Fax (504) 368-6511

April 28, 2022

Clerk of Court
Civil District Court
421 Loyola Avenue ~ Room 402
New Orleans, Louisiana 70112

| Reference: | Shannon Summers vs. Kyle Lee, et al |
|---|---|
| CDC. No.: | 2022-02815, Div. "F" |

Dear Clerk:

In connection with the above matter, please file the following documents:

**Long Arm Affidavits**

After filing, please provide the following services:

(X)  Conform one copy of each and return same via the attached envelope.

( )  Present documents to Judge for signature and/or assignment of a hearing date.

*It is my understanding that there is no fee to file this pleading(s).*

Should you have any questions or comments, please do not hesitate to contact me.

Very truly yours,

*Donna D. Latino*

Donna D. Latino
Paralegal to Pierre F. Gaudin

ddl
Enclosures

ATTORNEY'S NAME:   Gaudin, Hilary G 24427
AND ADDRESS:       1088 4th St PO Box 156, Gretna, LA 70056-0156

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2022-02815             **DIVISION: F**            **SECTION: 14**

### SUMMERS, SHANNON

**Versus**

### LEE, KYLE  ET AL

### CITATION - LONG ARM

TO:         **KYLE LEE**

THROUGH:    **THE LOUISIANA LONG ARM STATUTE**

                 **26526 LEETOWN ROAD , PICAYUNE, MS 39466**

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA April 4, 2022**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** _____
**Valerie  West, Deputy Clerk**

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| Petition for Damages | Petition for Damages |
| ON  KYLE LEE | ON  KYLE LEE |
| THROUGH:  THE LOUISIANA LONG ARM STATUTE | THROUGH:  THE LOUISIANA LONG ARM STATUTE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | _____ a person of suitable age and |
| _____ | discretion residing therein as a member of the domiciliary establishment, whose |
| Deputy Sheriff of _____ | name and other facts connected with this service I learned by interrogating |
| Mileage: $ _____ | HIM/HER the said KYLE LEE being absent from the domicile at time of said |
| _____ / ENTERED / _____ | service. |
| PAPER          RETURN | Returned the same day |
| _____/_____/_____ | _____ No. _____ |
| SERIAL NO.    DEPUTY    PARISH | Deputy Sheriff of _____ |

**ATTORNEY'S NAME:**   Gaudin, Hilary G 24427
**AND ADDRESS:**   1088 4th St PO Box 156, Gretna, LA 70056-0156

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2022-02815 | DIVISION: F | SECTION: 14 |
|---|---|---|

**SUMMERS, SHANNON**

**Versus**

**LEE, KYLE ET AL**

## CITATION - LONG ARM

**TO:**   KYLE LEE

**THROUGH:**   THE LOUISIANA LONG ARM STATUTE
26526 LEETOWN ROAD , PICAYUNE, MS 39466

## YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA April 4, 2022

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Valerie West, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages | Petition for Damages |
| ON KYLE LEE | ON KYLE LEE |
| THROUGH: THE LOUISIANA LONG ARM STATUTE | THROUGH: THE LOUISIANA LONG ARM STATUTE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating |
| Deputy Sheriff of _____ | HIM/HER the said KYLE LEE being absent from the domicile at time of said service. |
| Mileage: $ _____ | |
| / ENTERED / | Returned the same day |
| PAPER          RETURN | _____ No. _____ |
| _____ / _____ / | Deputy Sheriff of _____ |
| SERIAL NO.    DEPUTY    PARISH | |

---

ATTORNEY'S NAME: Gaudin, Hilary G 24427
AND ADDRESS: 1088 4th St PO Box 156, Gretna, LA 70056-0156

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2022-02815                     DIVISION: F                     SECTION: 14

SUMMERS, SHANNON

**Versus**

**LEE, KYLE  ET AL**

### CITATION - LONG ARM

TO:           GLENN MACHINE WORKS, INC.

THROUGH:   THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT FOR SERVICE OF
            PROCESS: JAMES A. GLENN
            734 HIGHWAY 45 SOUTH, COLUMBUS, MS 39703

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages
_____

 a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30)
days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through
the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION
Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA April 4, 2022

Clerk's Office, Room 402, Civil Courts          CHELSEY RICHARD NAPOLEON, Clerk of
421 Loyola Avenue                               The Civil District Court
New Orleans, LA                                 for the Parish of Orleans
                                                State of LA
                                                by _____
                                                Valerie  West, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages | Petition for Damages |
| ON  GLENN MACHINE WORKS, INC. | ON  GLENN MACHINE WORKS, INC. |
| THROUGH:  THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: JAMES A. GLENN | THROUGH:  THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: JAMES A. GLENN |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said GLENN MACHINE WORKS, INC. being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | Returned the same day |
| Mileage: $ _____ | _____ No. _____ |
| _____/ ENTERED / _____ | Deputy Sheriff of _____ |
| PAPER                RETURN | |
| _____/_____/_____ | |
| SERIAL NO.        DEPUTY        PARISH | |

ATTORNEY'S NAME:   Gaudin; Hilary G 24427
AND ADDRESS:   1088 4th St PO Box 156, Gretna, LA 70056-0156

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2022-02815        DIVISION: F        SECTION: 14

### SUMMERS, SHANNON

**Versus**

### LEE, KYLE  ET AL

### CITATION - LONG ARM

TO:      GLENN MACHINE WORKS, INC.

THROUGH:      THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: JAMES A. GLENN

734 HIGHWAY 45 SOUTH, COLUMBUS, MS 39703

## YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA April 4, 2022

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Valerie West, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages | Petition for Damages |
| ON  GLENN MACHINE WORKS, INC. | ON  GLENN MACHINE WORKS, INC. |
| THROUGH:  THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: JAMES A. GLENN | THROUGH: THE LOUISIANA LONG ARM STATUTE  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: JAMES A. GLENN |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| _____ No.: _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating |
| Deputy Sheriff of _____ | HIM/HER the said GLENN MACHINE WORKS, INC. being absent from the |
| Mileage: $ _____ | domicile at time of said service. |
| _____ / ENTERED / | Returned the same day |
| | _____ No. _____ |
| PAPER    RETURN | Deputy Sheriff of _____ |
| _____ / _____ / | |
| SERIAL NO.   DEPUTY   PARISH | |

FILED

2022 AUG 04   A 11:57

CIVIL

DISTRICT COURT

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

**DOCKET NO.  2022-02815     DIVISION "F"          DIVISION:  F-14**

### SHANNON SUMMERS

### VERSUS

### KYLE LEE, GLENN MACHINE WORKS, INC.
### and UNION INSURANCE COMPANY

**FILED:**  _____          _____

                                          **DEPUTY CLERK**

## MOTION AND ORDER TO ENROLL AS CO-COUNSEL

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Shannon Summers, who respectfully represents that:

Plaintiff wishes to add Kevin A. Rieth as counsel of record in the above entitled and numbered cause.

**WHEREFORE,** plaintiff, Shannon Summers, prays that Kevin A. Rieth, be added as counsel of record in the above entitled and numbered cause.

RESPECTFULLY SUBMITTED:
**GAUDIN & GAUDIN**

**KEVIN A. RIETH         [17115]**
1088 4th Street
Gretna, Louisiana 70053
Telephone: (504) 368-6500
Facsimile: (504) 368-6511
COUNSEL FOR PETITIONER

CERTIFICATE OF SERVICE
I do hereby certify that I have on this ____ day of _____, 2022, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by e-mail, fax and/or mailing same by United States mail, properly addressed, and first-class postage prepaid

Kevin A. Rieth

## O R D E R

Considering the foregoing motion:

**IT IS ORDERED BY THE COURT** that **Kevin A. Rieth**, be and he is hereby recognized as co-counsel of record for Lori Parigi, plaintiff herein.

**NEW ORLEANS, LOUISIANA,** this _____ day of_____, 2022.

_____
          **DISTRICT JUDGE**

VERIFIED

Jovan Gibson

2022 AUG 04   P 12:19

FILED

2022 AUG 04   A 11:57

CIVIL

DISTRICT COURT

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

DOCKET NO.  2022-02815      DIVISION "F"          DIVISION:  F-14

### SHANNON SUMMERS

### VERSUS

### KYLE LEE, GLENN MACHINE WORKS, INC.
### and UNION INSURANCE COMPANY

FILED:  _____     _____

                                                    **DEPUTY CLERK**

---

## MOTION AND ORDER TO ENROLL AS CO-COUNSEL

---

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Shannon Summers, who respectfully represents that:

Plaintiff wishes to add Kevin A. Rieth as counsel of record in the above entitled and numbered cause.

**WHEREFORE**, plaintiff, Shannon Summers, prays that Kevin A. Rieth, be added as counsel of record in the above entitled and numbered cause.

RESPECTFULLY SUBMITTED:
GAUDIN & GAUDIN

_____

**KEVIN A. RIETH      [17115]**
1088 4th Street
Gretna, Louisiana 70053
Telephone: (504) 368-6500
Facsimile: (504) 368-6511
COUNSEL FOR PETITIONER

CERTIFICATE OF SERVICE

I do hereby certify that I have on this _____ day of _____, 2022, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by e-mail, fax and/or mailing same by United States mail, properly addressed, and first-class postage prepaid.

_____
Kevin A. Rieth

## O R D E R

Considering the foregoing motion;

**IT IS ORDERED BY THE COURT** that Kevin A. Rieth, be and he is hereby recognized as co-counsel of record for Lori Parigi, plaintiff herein.

NEW ORLEANS, LOUISIANA, this ___ day of _August___, 2022.

_____
DISTRICT JUDGE

VERIFIED
C. FAVAROTH
8-9-2022

VERIFIED
Jovan Gibson
2022 AUG 04   P 12:19

E-Filed